**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**Long Island Federal Courthouse**
**814 Federal Plaza**
**Central Islip, NY 11722-4451**
**(631) 712-5730**

**BEFORE: ARLENE R. LINDSAY**                                      **DATE: 7/29/2025**
**United States Magistrate Judge**

                                                                   **TIME: 1:00 PM**

**DOCKET NO: 24-cv-5073 (ARL)**

**CASE: Shimunov et al v. Kay et al**

**_____    INITIAL CONFERENCE**
**_____    STATUS CONFERENCE**
**_____    SCHEDULING CONFERENCE**                                 **BY TELEPHONE X___**
**_____    SETTLEMENT CONFERENCE**
**_____    FINAL CONFERENCE**
**  X    FAIRNESS HEARING**

       **APPEARANCES**

       **FOR PLAINTIFF:**                                          **FOR DEFENDANTS:**
       **Chaya M Gourarie**                                        **Gerald C. Waters , Jr.**

**The following rulings were made:**

        Having reviewed the terms of the parties' proposed settlement agreement, the Court finds
that it is fair and reasonable, including the allocation of attorneys' fees. See Cheeks v. Freeport
Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015). The Clerk of Court is directed to mark this
matter closed.

                            **SO ORDERED:**
                            _____/s/_____